**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES RICO MOORE, | ) | No. EDCV 11-207 ODW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| THE PEOPLE, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: February 11, 2011

_____
OTIS D. WRIGHT, II
United States District Judge